Argued and submitted July 12, reversed and remanded for reconsideration August 4, 1999

In the Matter of the Compensation of
Douglas R. Hart, Claimant.

## SAIF CORPORATION
and Emerald Steel Fabricators, Inc.,
*Petitioners,*

*v.*

Douglas R. HART,
*Respondent.*

(WCB No. 98-01705; CA A104541)

984 P2d 952

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

David L. Runner argued the cause and filed the brief for petitioners.

Thomas Cary filed the brief for respondent.

Before De Muniz, Presiding Judge, and Haselton and Wollheim, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Fred Meyer, Inc. v. Bundy*, 159 Or App 44, 978 P2d 385 (1999).